

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ONEAL JOHNSON          file no.:1:18-CV-02865

    Plaintiff.

       V

ED MINIAT HOLDING
SOUTH CHICAGO PACKING

    Defendants



FILED
APR 23 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

### PLAINTIFF.RESPONSE TO DEFENDANT MOTION TO DISMISS

NOW COME.plaintiff ONEAL JOHNSON and respectfully submitt this Motion To Dismiss defendant Motion To Dismiss plaintiffs complaint on discrimination against Edminiat,South Chicago Packing.

1.
In support of this Motion,Plaintiffs.state as follows.
On september 21 2017 plantiff filed a charge of discrimination with the Equal Emploment Oppertunity Commmission (EEOC) OnSOUTH CHICAGO PACKING.

2.Dendant.Attorney Stefanie A.Cantrell argues an ask the court to dismiss complaint against Ed Miniat with prejudce saying that i didnt file a charge against them with the EEOC only SOUTH CHICAGO PACKING.

3.On Febuary 22 2018,I filed a charge of discrimination against Ed Miniate for the reason of that Ed Miniat owns South Chicago Packing
4.on june 14 2018 plaintiff moved to withdraw his complaint and asked this honorable court to dismiss his complaint without prejudiceThe court granted the motion an dismissed the complaint without prejudice.granting Plaintiff leave to reinstate within 60 without leave of court.

5.defendant lawyer put in a motion asking this honorable court to dismiss plaintiff complaint of Discriminatoin for the reason of that plaintiff didnt file his motion to reinstate within the 60 days that Judge Rebbecca R.Pallmeyer allowed him to refile his charge.

6.On August 16 2018 the clerk for the NORTHERN DISTRICT entered a motion to reinstate mailed to the court from plaintiff postmarked August- 9- 20189(docket #13) well within the time the Judge Rebecca A.Pallmeyer gave plantiff to reinstate his motion to reinstate his complaint.

7.Defentant. Attorney Stephanie A.Cantrell argues and ask this honorable court to dismiss plaintiffs complaint of discrimination for the reason that not only that i didnt refile my motion to reinstate complaint within 60 days but that i waited 96 days after the june 14- 2018 court order given me permission to reinstate my complaint.

8.On September 18 plaintiff paid a fileing fee of 400dollars after the Judge Rebecca R.Pallmeyer directed plaintiff on september 9-2018 to pay fileing fee and gave plaintiff 30 day to do so,The fileing fee was for complaint filed April 23- 2018 and complaint number 1:18-CV-02865.plaintiff never refiled a complaint with the honorable court.

9.Defendants Attorney asked for Plaintiff complaint to be dismissed cause plaintiff didnt put in a motion to reinstate his complaints instead he put in a leave to reinstate,Not true plaintiff mailed in a motion to reinstate,see(docket #13)Defendants Attorney ask this Honorable Court to dismiss plaitiff complaint saying he refiled a new complaint against Defendants,that isant true,plaintiff never filed a new complaint,Only paid a filling fee ordered by the court to pay,see(docket # 17)

Plaintiff moves to dismiss Defendants Motion To Dismiss plaintiff complaint for the reason that Defendants Attorney Stephanie A.Cantrell new that plaintiff do not know the law and new that plaintiff had reinstated his complaint on 8/16/18 postmarked 8/9/18 but still tried to trick plaintiff and the court buy putting a false date of plaintiff refileing his complaint when she new that the date she put for refileing wasant true.
Also Defendant Lawyer stephanie A.Cantell news that plaintiff paid a fileing fee for complaint 1:18-cv-02856 on 9/18/18 but still went on to try and trick the plaintiff because he do not know the law and thought plaintiff will not see what she did as a result of her trickery,
She also wanted this honorable court to dismiss with prejudice plaintiffs complaint knowing all the reasons she put in her
 motion to dismiss wasant true.
Attorney Stephanie has been an attorney a very long time and new what she was doing when she put those false statements in her motion to dismiss with prejudice,plaintiff feels that this Honorable court should grant his motion to dismiss Defenants motion to dismiss plaintiff complaint of discrimination with prejudise.

It is well established under 7th circuit case law that attorneys ,when maken statements to the court are certifying that the content of a motion are formed after reasonable inquiry,Fed,R,Civ.P.11(b).

Defendants motion contains serveral material incorrected,misleading statements to try to stretch the statues of limitations.
This is not proper and counsel should be santioned for these misleading statements.

WHEREFORE. For all of foregoing reasons Plaintiff respectfully request that this Honorable court to dismiss defendants motion to dismiss and since defendants Attorney Stephanie A.Cantrell was malicious,Willful and wanted Plaintiff ask this Honorable court to dismiss defendants motion to dismiss with prejdice.

BY: *Oneal Johnson*
ONEAL JOHNSON

Oneal Johnson
816 w 76 street
Chicago illinois 60620
(773-678-9568)